# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN HIMBLER AVILES, | Case No. CV 21-8197-JGB (JPR) |
| Plaintiff, | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |
| v. | |
| LBPD OFFICER ARMANDO MANZO #10229 et al., | |
| Defendants. | |

The Court has reviewed the Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge, which recommends that Defendants' motion to dismiss be granted and that the action be dismissed. No objections to the R. & R. have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

It therefore is ORDERED that Defendants' motion to dismiss is GRANTED. Judgment is to be entered in Defendants' favor, dismissing this action.

DATED: June 17, 2022

JESUS G. BERNAL
U.S. DISTRICT JUDGE

1