JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN HIMBLER AVILES,<br><br>              Plaintiff,<br><br>     v.<br><br>LBPD OFFICER ARMANDO MANZO #10229 et al.,<br><br>             Defendants. | Case No. CV 21-8197-JGB (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    This action is dismissed with prejudice.

DATED: June 17, 2022

                          JESUS G. BERNAL
                          U.S. DISTRICT JUDGE